CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

JASDEEP S. AHLUWALIA (SBN: 147034)
jsa1956@gmail.com
547 S. Marengo Avenue #202
Pasadena, CA, 91101
Telephone: (626) 584-0538
Facsimile: (626) 584-3947
Attorney for Defendant
550 S. Garfield Ave, LLC, Baljit Singh and Mandeep Kaur

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ<br><br>    Plaintiff,<br><br>  v.<br><br>550 S. GARFIELD AVE, LLC, a California Limited Liability Company;<br>BALJIT SING;<br>MANDEEP KAUR<br><br>    Defendant. | Case: 2:21-cv-01512-JAK-PVC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 06, 2022        CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: April 06, 2022

By: /s/ Jasdeep S. Ahluwalia
Jasdeep S. Ahluwalia
Attorney for Defendants
50 S. Garfield Ave, LLC, Baljit Singh
and Mandeep Kaur

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jasdeep S. Ahluwalia, counsel for 50 S. Garfield Ave, LLC, Baljit Singh and Mandeep Kaur, and that I have obtained Mr. Ahluwalia's authorization to affix his electronic signature to this document.

Dated: April 06, 2022    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
 Amanda Seabock
 Attorneys for Plaintiff